MAX S. KATZ, Respondent, v. HONIGMAN & WASSERMAN, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No

opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.